**Lee Don SHEPHERD, Petitioner–Appellant,**

v.

**Brian A. BLEDSOE, Warden, Respondent–Appellee.**

**No. 01–7081.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 24, 2001.

Decided Sept. 5, 2001.

Lee Don Shepherd, pro se.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lee Don Shepherd appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shepherd v. Bledsoe,* No. CA–01–76 (N.D.W. Va. June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*